IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00332-MR-WCM

| | |
|---|---|
| STATE FARM LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) ORDER<br>)<br>) |
| SHARON ROGERS; EMILY HARVEY; and KYLE ROGERS, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

This matter is before the Court on a "Motion to Deposit Sum of Money" (the "Motion," Doc. 31), filed by State Farm Life Insurance Company ("Plaintiff").

On November 15, 2023, Plaintiff filed an Interpleader Complaint against Sharon Rogers, Emily Harvey, and Kyle Rogers (collectively, "Claimants"), seeking to resolve competing claims to the proceeds of a life insurance policy number LF-0274-5632 (the "Policy"). Doc. 1.[1]

---

[1] Plaintiff states in its Complaint that this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1335 (i.e., statutory interpleader). Doc. 1 at ¶ 5. Statutory interpleader requires "[t]wo or more adverse claimants, of diverse citizenship…." 28 U.S.C. § 1335(a)(1). Here, it appears that all Claimants are citizens of North Carolina. See Doc. 1. at ¶¶ 2-4. The Complaint also asserts, however, that Plaintiff and Claimants are of diverse citizenship and indicates that the amount in

1

Subsequently, Claimants answered and filed various crossclaims, and a Pretrial Order and Case Management Plan was entered.

On December 2, 2024, Plaintiff filed the Motion. Doc. 31. Plaintiff admits that it owes $152,000.00, plus applicable interest, under the Policy and states that it is ready and willing to pay this amount to the proper beneficiary or beneficiaries, as determined by the Court. Id. Plaintiff additionally states that none of the Claimants object to Plaintiff's proposed deposit. Id.

For the reasons stated therein, and for good cause shown, the Motion will be allowed.

**IT IS THEREFORE ORDERED THAT:**

1. Plaintiff's Motion to Deposit Sum of Money (Doc. 31) is **GRANTED.**

2. Plaintiff is **DIRECTED** to tender funds in the amount of $152,000.00, plus applicable interest, to the Clerk of this Court, within fourteen (14) days of the entry of this Order.

3. The Clerk is respectfully directed to deposit these funds, which shall be deemed Disputed Ownership Funds in accordance with Local Civil Rule 67.1.

Signed: December 6, 2024

W. Carleton Metcalf
United States Magistrate Judge

---

controversy exceeds $75,000. Doc. 1 at ¶¶ 6, 8; see also Doc. 2 (Plaintiff's Citizenship Disclosure); Docs. 23, 24, 25 (Claimants' Citizenship Disclosures).