# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Sharon Rogers, | ) | JUDGMENT IN CASE |
| | ) | |
| Cross Claimant, | ) | 1:23-cv-00332-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Emily Harvey, et al, | ) | |
| Cross Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 31, 2025 Order.

April 16, 2025

Katherine Hord Simon, Clerk
United States District Court